IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVEED KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:25-cv-1064 (LMB/LRV) |
| ) | |
| DEPUY SYNTHES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE

Plaintiff Naveed Khan ("plaintiff"), proceeding pro se, is hereby NOTIFIED that the defendant NuVasive, LLC ("NuVasive") has filed a Motion to Dismiss that, if granted, could result in the dismissal of all or some of plaintiff's claims.

Plaintiff is ADVISED that he is entitled to file an opposition to the motion. **Any opposition must be filed within twenty-one (21) days** of the filing date of this Notice. Plaintiff is FURTHER ADVISED that the Court could dismiss all or portions of his Complaint on the basis of the Motion to Dismiss if plaintiff does not timely respond.

If plaintiff files a response, NuVasive may file a reply within six (6) days of the filing of plaintiff's response. See E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." Id.

The Clerk is directed to forward copies of this Notice to counsel of record and to plaintiff, pro se, at his address of record.

Entered this 30 day of June, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge